## Commonwealth *v.* Beniquez, Appellant.

Submitted December 10, 1973. *Harry W. Farmer,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellant; *F. Ned Hand,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Bremme, Appellant.

Argued December 4, 1973. *John S. Thome, Jr.,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.